[pic]

 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS

 October 17, 2013

 No. 10-13-00346-CR

 MILTON LEE GARDNER
 v.
 THE STATE OF TEXAS

 From the Mexia Municipal Court
 Limestone County, Texas
 Trial Court No. 112618

 JUDGMENT

 This appeal has been considered by the Court. Because the Court
finds that it does not have jurisdiction of the appeal, it is the judgment
of this Court that the appeal is dismissed.
 A copy of this judgment will be certified by the Clerk of this Court
and delivered to the trial court clerk for enforcement.
 SHARRI ROESSLER, CLERK

 By:________________________________
 Nell Hegefeld, Deputy Clerk